# United States District Court
## Southern District of Georgia

CHEIRON NATHANIEL HAMMOND,

   Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 119-208

STATE OF GEORGIA,

   Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on February 5, 2020, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, the Court DENIES as MOOT Plaintiff's motion to proceed in forma pauperis, DISMISSES this case without prejudice, and CLOSES this civil action.

| February 5, 2020 | Scott L. Poff |
|---|---|
| Date | Clerk |

*Morgan A. Akins*
(By) Deputy Clerk